# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLIFFORD WADE,

        Plaintiff,

vs.                                            CASE NO. 6:07-CV-ORL-19

WINTER PARK MEMORIAL
HOSPITAL, FLORIDA HOSPITAL,

        Defendants.

_____

## ORDER

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 5, filed June 7, 2007).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 5) is **ADOPTED and AFFIRMED.**  The Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2, filed May 30, 2007) is **DENIED without prejudice,** and the Complaint (Doc. No. 1, filed May 30, 2007) is **DISMISSED without prejudice.**  The Plaintiff is given **eleven (11) days** from the date of this Order in which to file an amended complaint and a renewed motion to proceed without payment of fees.

      **DONE AND ORDERED** at Orlando, Florida, this ___26th___ day of June, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record